IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR C. SIMPSON,<br><br>      Petitioner,<br><br>vs.<br><br>CRAIG GABLE, TSCI Warden; BOB JEFFRYS, NDCS Director,[1]<br><br>      Respondents. | 8:23CV260<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the Court on Petitioner's two Motions for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 4; Filing No. 6. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). As indicated in the Court's records, Petitioner paid the $5.00 fee on June 30, 2023. Accordingly,

  IT IS ORDERED that:

  1. Petitioner's Motions for Leave to Proceed IFP, Filing No. 4; Filing No. 6, are denied as moot. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

  2. The Clerk of Court is directed to update the Court's records to identify the Respondents as they are listed in the caption of this Memorandum and Order and the Amended Petition, Filing No. 5.

---

[1] The Court has updated the caption to name Respondents as they are identified in the Amended Petition, Filing No. 5, and will direct the Clerk of Court to update the Court's records accordingly.

2

Dated this 6th day of July, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge

2