IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ARTHUR C. SIMPSON,

           Petitioner,

vs.

ROB JEFFREYS,

           Respondent.

8:23CV260

**ORDER**

      This matter is before the Court for case management. In accordance with the Court's progression order entered on November 1, 2023, Filing No. 10, Respondent filed the relevant state court records, Filing No. 15, on December 18, 2023, followed by an answer, Filing No. 16, and supporting brief, Filing No. 17, filed on January 17, 2024. As set forth in the Court's November 1, 2023, progression order, "[n]o later than 30 days after Respondents' brief is filed, Petitioner must file and serve a brief in response." Filing No. 10 at 5. Petitioner filed a "Memorandum in Support of 2254" on December 8, 2023, which the Court docketed as a brief in support of Petitioner's habeas petition.

      Because Petitioner filed his brief in support of his petition prior to Respondent's filing of the state court records, answer, and brief,

      IT IS ORDERED THAT:

      1.    Petitioner is advised that he has until **February 16, 2024**, to file and serve a brief in response to Respondent's answer and brief in accordance with the Court's November 1, 2023, progression order to provide any additional argument in support of his petition or in response to Respondent's arguments raised in his answer and brief. Petitioner does not need to repeat any of the arguments already asserted in his brief

filed on December 8, 2023, as those arguments are already part of the record and will be considered by the Court.

2.  The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 16, 2024**: check for Petitioner's brief in response.

Dated this 24th day of January, 2024.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge